IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BETTEROARDS ASPHALT, LLC, et al.,
Plaintiff,

v.

AREVENCA REFINERY COMPLEX, et al.,

Defendants.

CASE NO. 16-2163 (GAG)

## JUDGMENT

Pursuant to the Court's Order at Docket No. 9, judgment is hereby entered **DISMISSING** Plaintiff's claims against the defendants with prejudice. .

**SO ORDERED.**

In San Juan, Puerto Rico this 2nd day of October, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge